# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

133429(147)(149)(151)(152)(155)
133554

NATIONAL PRIDE AT WORK, INC., et al,
      Plaintiffs-Appellees,

v

GOVERNOR OF MICHIGAN,
      Defendant-Appellant,
and

CITY OF KALAMAZOO,
      Defendant-Appellee,
and

ATTORNEY GENERAL,
      Intervening Defendant-Appellee.

_____

NATIONAL PRIDE AT WORK, INC., a non-profit organization on behalf of its Michigan Members, *et al.*,
      Plaintiffs-Appellants,

v

GOVERNOR OF MICHIGAN and CITY OF KALAMAZOO,
      Defendants-Appellees,
and

ATTORNEY GENERAL,
      Intervening Defendant-Appellee.

_____

SC: 133429
COA: 265870
Ingham CC: 05-000368-CZ

SC: 133554
COA: 265870
Ingham CC: 05-000368-CZ

On order of the Chief Justice, the motion for admission of Stephen M. Crampton *pro hac vice* is GRANTED. Motions by Michigan Family Forum, Citizens for the Protection of Marriage, American Family Association of Michigan and the City of Ann Arbor for leave to file briefs *amicus curiae* in this case are considered and they are GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2007

Clerk